UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ester Lebovits,<br><br>individually and on behalf of all others similarly situated;<br><br>          Plaintiff,<br><br> -v.-<br><br>Morgan And Morgan, P.C.<br>d/b/a Morgan, Bornstein & Morgan;<br><br>          Defendant(s). | Case No: 3:22-cv-00967-FLW-LHG |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MORGAN AND MORGAN, P.C. D/B/A MORGAN, BORNSTEIN & MORGAN

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant Morgan And Morgan, P.C. d/b/a Morgan, Bornstein & Morgan shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 2, 2022

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
Freda L. Wolfson, U.S.C.D.J.   5/3/2022

**HOROWITZ LAW, PLLC**

/s/ *Uri Horowitz*
By: Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com

*Attorneys For Plaintiff Ester Lebovits*

1

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 2nd day of May, 2022                Respectfully Submitted,

                                              */s/ Uri Horowitz*
                                              Uri Horowitz